FILED
8/24/2026
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT
EK

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>EVA BRATCHER | Case No. **1:26-cr-00458**<br>**Judge Jeffrey I Cummings**<br>**Magistrate Judge Karyn L. Bass Ehler**<br>**RANDOM / CAT. 4**<br><br>Violations:<br>Title 18, United States Code, Section 641;<br>Title 42, United States Code, Section 408(a)(4) |

**COUNT ONE**

The SPECIAL APRIL 2025 GRAND JURY charges:

Beginning in or about September 2021, and continuing through in or around January 2023, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

EVA BRATCHER,

defendant herein, did knowingly and willfully embezzle, steal, purloin, and convert to her own use or the use of another, money of the United States, namely, approximately $16,752 in Social Security Retirement Insurance Benefits, administered by the Social Security Administration, and intended for R.M., which funds defendant was not entitled to receive;

In violation of Title 18, United States Code, Section 641.

**COUNT TWO**

The SPECIAL APRIL 2025 GRAND JURY charges:

Beginning on or about March 4, 2021, and continuing through in or around January 2023, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

EVA BRATCHER,

defendant herein, having knowledge of the occurrence of an event affecting the continued right to payment of another individual in whose behalf she was receiving such payment under Title 42, United States Code, Chapter 7, Subchapter II, concealed and failed to disclose such event with the intent fraudulently to secure payment when no payment was authorized;

In violation of Title 42, United States Code, Section 408(a)(4).

A TRUE BILL:

__________________________________
FOREPERSON

__________________________________
Signed by Matthew Getter, on behalf of the
UNITED STATES ATTORNEY